UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

       Plaintiff,

    v.            Civil No. 6:97-cr-60110-AA

JAMES NOAH MARTIN,

       Defendant.

_____

  IT IS ORDERED that defendant James Noah Martin be released immediately subject to the conditions previously imposed and imposed in Court today.

  Dated this 18th day of August 2015.

           /s/ Ann Aiken

           **Ann Aiken**
           **Chief United States District Judge**